**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Vonda R. Philbee , <br><br> Plaintiff(s), <br><br> v. <br><br> Midland Credit Management, <br><br> Defendant(s). | Case No. 19-cv-7853 <br> Judge Sara L. Ellis |

## ORDER

The court finds that civil action 19-cv-5752, Timothy Thomas v. Midland Credit Management, Inc., is related to the present case and directs the clerk to make the cases related in CM/ECF.

Date: 2/10/2020                                      /s/ Sara L. Ellis